**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


| | | |
|---|---|---|
| **VICKI KANEFSKY** | ) | |
| | ) | |
| | ) | **NO. 3:11-0181** |
| **v.** | ) | **JUDGE SHARP** |
| | ) | |
| **DOLGENCORP, LLC** | ) | |


# <u>O R D E R</u>


I hereby recuse myself in this action. The file shall be returned to the Clerk for

reassignment to another judge.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE