# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| VICKI KANEFSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0181 |
| | ) | Judge Trauger |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon the recusal of Judge Sharp (Docket No. 18), it is hereby **ORDERED** that the trial, pretrial conference and all deadlines set out in the Order Setting Case For Trial entered April 29, 2011 (Docket No. 16) are hereby **REINSTATED**.

It is so **ORDERED**.

ENTER this 21st day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge